# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132268

BOBBY WILLIAMS, #147572

      Plaintiff-Appellant,

v

TRANSCOR AMERICA, L.L.C.

      Defendant-Appellee.

_____

SC: 132268
CoA: 271496

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of October 25, 2006, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2006

jm

      Clerk